BRONSTER FUJICHAKU ROBBINS
A Law Corporation

MARGERY S. BRONSTER                    #4750
mbronster@bfrhawaii.com
REX Y. FUJICHAKU                       #7198
rfujichaku@bfrhawaii.com
KELLY A. HIGA BROWN                    #9556
khiga@bfrhawaii.com
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone:  (808) 524-5644
Facsimile:   (808) 599-1881


TSUGAWA LAU & MUZZI LLLC
A Hawaii Limited Liability Law Company

CHRISTOPHER J. MUZZI                   #6939
cmuzzi@hilaw.us
1132 Bishop Street, Suite 2400
Honolulu, Hawai'i 96813
Telephone:  (808) 531-0490
Facsimile:   (808) 534-0202

Attorneys for Respondent
HAWAII PACIFIC TELEPORT L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PERATON GOVERNMENT COMMUNICATIONS, INC., <br><br> Petitioner, <br><br> vs. <br><br> HAWAII PACIFIC TELEPORT L.P., <br><br> Respondent. | Case 1:20-cv-00287-JMS-RT <br><br> RESPONDENT HAWAII PACIFIC TELEPORT L.P.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS "11" AND "12" TO ITS MOTION TO VACATE ARBITRATION AWARD; DECLARATION OF REX Y. FUJICHAKU; EXHIBITS "11" AND "12"; CERTIFICATE OF SERVICE <br> **[No Trial Date Set]** |

**RESPONDENT HAWAII PACIFIC TELEPORT L.P.'S
MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS "11"
AND "12" TO ITS MOTION TO VACATE ARBITRATION AWARD**

Respondent HAWAII PACIFIC TELEPORT L.P. ("HPT"), by and through

its attorneys, and files this motion for leave to file under seal Exhibits "11" and

"12" to its Motion to Vacate Arbitration Award ("Motion"), which is attached to

the Declaration of Rex Y. Fujichaku.

Exhibit "11" to the Motion is an excerpt of the *Written Direct Testimony of*

*Leeana Smith-Ryland*, dated January 10, 2020.  Exhibit "12" are copies of

Arbitration *Exhibits C-7, C-8, C-91* and Respondent Peraton Government

Communications, Inc.'s *Exhibit 14*.  The documents have been designated

confidential.

This Motion is made pursuant to Rules 5.2, 7.1, and 7.2 of the Local Rules,

Rules 6 and 7 of the Federal Rules of Civil Procedure, and is supported by the

attached declaration and the records and files herein.

DATED:  Honolulu, Hawai'i, September 21, 2020.

*/s/ Rex Y. Fujichaku*
MARGERY S. BRONSTER
REX Y. FUJICHAKU
KELLY A. HIGA BROWN
CHRISTOPHER J. MUZZI
Attorneys for Respondent
HAWAII PACIFIC TELEPORT L.P.
